UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
YUNKYUNG BAEK,                      )
                                    )   No. C20-5342RSL
                  Plaintiff,        )
       v.                           )
                                    )   ORDER TO SHOW CAUSE
LUCKY TRANSPORT TOWING, et al.      )
                                    )
                  Defendants.       )
_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on January 13, 2019, in Pierce County District Court and was removed to U.S. District Court on April 9, 2020. To date, service of the summons and complaint has not been made on defendant, Lucky Transport Towing as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than November 18, 2020. The Clerk of Court shall note this Show Cause on the Court's calendar for November 20, 2020.

DATED this 29th day of October, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE