UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YUNKYUNG BAEK,

    Plaintiff,

vs.

LUCKY TRANSPORT TOWING, et al.,

    Defendants.

NO.  C20-5342RSL

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on January 13, 2019, in Pierce County District Court and was removed to U.S. District Court on April 9, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon defendant, Lucky Transport Towing, or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given Plaintiff notice of this deficiency;

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED without prejudice.

DATED this 19th day of November, 2020.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT- 1